United States District Court
Southern District of Texas

**ENTERED**

June 29, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| LUIS FERNANDO BARAZARTE MORA, | § § § | |
| Petitioner, | § § | |
| V. | § § | CIVIL ACTION NO. 5:26-CV-01150 |
| MIGUEL VERGARA, *et al.*, | § § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Petition for a Writ of Habeas Corpus, (Dkt. No. 1). Petitioner challenges his continued detention in federal immigration custody. Petitioner is represented by counsel.

Upon examination of the Petition, the Court notes that Petitioner alleges that he entered the United States on a visa. (*Id.* at 5). As such, he does not appear to be an applicant for admission as were the petitioners in *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026). Petitioner also alleges that he has not received a bond hearing. (Dkt. No. 1 at 6). Petitioner's counsel should confirm that Petitioner has not in fact received a bond hearing in immigration court. And if he has, the petition should be amended to reflect that.

For the reasons stated above, the Court **ORDERS** Petitioner to confirm the factual allegation that Petitioner has not received a bond hearing **by July 6, 2026**. In the alternative, the Court **GRANTS** Petitioner leave to amend or dismiss his petition **by July 6, 2026**.

It is so **ORDERED**.

**SIGNED** on June 29, 2026.

John A. Kazen
United States District Judge