United States District Court
Southern District of Texas

**ENTERED**

July 27, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| LUIS FERNANDO BARAZARTE MORA, | § § § | |
| Petitioner, | § § | |
| V. | § § | CIVIL ACTION NO. 5:26-CV-1150 |
| MIGUEL VERGARA, *et al.*, | § § § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1), and Respondents' Motion for Summary Judgment, (Dkt. No. 9).

The Court **ORDERS** Petitioner to file an advisory **by August 3, 2026**, stating whether he has requested a custody redetermination in Immigration Court.

It is so **ORDERED**.

**SIGNED** on July 27, 2026.

John A. Kazen
United States District Judge