United States District Court
Southern District of Texas
**ENTERED**
October 21, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| LUIS FERNANDO BARAZARTE MORA, *Petitioner*, | § § § § | |
| v. | § | CIVIL ACTION NO. 5:26-CV-01150 |
| | § § | |
| MIGUEL VERGARA, *et al.*, *Respondents*. | § § | |

**ORDER OF DISMISSAL**

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, (Dkt. 1). Petitioner is a native and citizen of Venezuela. (Dkt. 1 at 2). At the time the habeas petition was filed, Petitioner was detained at the Rio Grande Detention Center in Laredo, Texas. (Dkt. 1 at 2). Petitioner challenges his detention and seeks immediate release from custody. (Dkt. 1 at 11).

On October 15, 2026, Respondents advised the Court that Petitioner was removed on September 18, 2026, and is no longer in custody. (Dkt. 14).

Because Petitioner is no longer in custody, the petition is moot. Accordingly, the Court **DENIES** all pending motions and **DISMISSES** this action **WITHOUT PREJUDICE** as **MOOT**.

**ORDERED** this 20th day of October 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE